UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LEILA ROXANNE KHATAPOUSH,

      Plaintiff,

 v.

COMMISSIONER OF SOCIAL SECURITY,

      Defendants.

Case No. C21-264 TLF

ORDER

  This matter is before the Court on plaintiff's filing of a motion for attorney fees, expenses, and costs pursuant to 28 U.S.C. § 2412, the Equal Access to Justice Act (EAJA). Dkt. 15. Plaintiff seeks a total of $8,636.34 in attorney fees and $400 in costs. *Id.* As defendant does not object to plaintiff's request (Dkt. 17), plaintiff's motion is GRANTED. Accordingly, the Court hereby ORDERS as follows:

  (1) Plaintiff is granted attorney fees in the amount of $8,636.34 in attorney fees and $400 in costs;

  (2) Subject to any offset allowed under the Treasury Offset Program, as discussed in *Astrue v. Ratliff*, 560 U.S. 586 (2010), payment of this award shall be sent to plaintiff's attorney Maren Bam at her address: Salus Law, PPLC, 8513 W. 9th Avenue, Kennewick, WA 99336.

  (3) After the Court issues this Order, defendant will consider the matter of plaintiff's assignment of EAJA fees and expenses to plaintiff's attorney. Pursuant to *Astrue v. Ratliff*, the ability to honor the assignment will

ORDER - 1

depend on whether the EAJA fees and expenses are subject to any offset allowed under the Treasury Offset Program.  Defendant agrees to contact the Department of Treasury after this Order is entered to determine whether the EAJA attorney fees and expenses are subject to any offset. If the EAJA attorney fees and expenses are not subject to any offset, those fees and expenses will be paid directly to plaintiff's attorney, either by direct deposit or by check payable to him and mailed to his address.

Dated this 24th day of March, 2022.

*Theresa L. Fricke*
Theresa L. Fricke
United States Magistrate Judge

ORDER - 2